ORIGINAL

FILED
JUN - 4 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NEIL ROSSMAN §
§
Plaintiff, §
v. § CIVIL NO. 07-346 T
§
§
UNITED STATES OF AMERICA §
§
Defendant. §

## PLAINTIFF'S ORIGINAL COMPLAINT

1. Plaintiff Neil Rossman ("Plaintiff" or "Rossman") is a citizen of the United States of America whose address is XX5 Puritan Rd., Swampscott, Massachusetts, 01907.

2. The Defendant is the United States of America.

3. This is a suit arising under Sections 7422, 6401, 6402, and 6230 of the Internal Revenue Code[1] and the laws of the United States for the refund of income taxes collected from Plaintiff.

4. Jurisdiction is conferred upon the Court by Title 28, Sections 1346(a)(1) and 1491(a) of the United States Code.

---

[1]References to Section, §, and the Internal Revenue Code are to Title 26 of the United States Code.

COUNT ONE
(Calendar Year 1995)

5. Rossman filed a timely federal income tax return for calendar year 1995 and paid the taxes reported due on that return. The taxpayer identification number as reflected on that tax return is XXX-XX-9524.

6. Rossman was a limited partner in Vista-Ag Realty Partners ("VARP"), a California limited partnership.

7. VARP dissolved and terminated in 1995.

8. On October 17, 2003, Rossman filed with the IRS a claim in the amount of $27,999.00 for refund of tax.

9. The claim for refund is due to the loss Rossman realized on the termination of VARP pursuant to Rev. Rul. 93-80. That loss was omitted from his original 1995 return. More specifically, a refund is due to Rossman as is further explained in the Explanation to the refund claim filed October 17, 2003, which attached hereto and incorporated herein:

A. Pursuant to §6230(d)(5), the refund sought pursuant to this claim should have been refunded without the necessity of filing a formal refund claim.

B. The partnership initially filed its 1995 Form 1065 and Forms K-1 reflecting that each partner was to receive no distribution on termination of the partnership. Plaintiff received nothing on termination of the partnership. See Exhibit "A" to the refund claim attached.

C. Plaintiff and the IRS are presently parties to litigation related to adjustments to partnership items pending in the United States Tax Court with respect to 1986, arising out of adjustments to partnership item determined by the IRS in a notice of final partnership administrative

adjustments ("FPAA") issued on or about March 14, 1990, a copy of which is attached hereto as Exhibit "B."

D. As a direct consequence of the adjustments set forth in the FPAA, if sustained, there would be a substantial basis in the partnership interest and a resulting loss upon the dissolution and termination of the partnership, which loss is the basis of this claim for refund.

Basis Adjustments:

| | |
|---|---|
| 1986 losses disallowed per FPAA | $11,112,378.00 |
| Taxpayer(s)' partnership percentage interest | 1.8% |
| Taxpayer(s)' share of disallowed losses | 200,023.00 |
| Ending Basis per K-1 | -0-. |
| Recomputed Basis and Loss on Dissolution | $200,023.00 |

The actual amount of the loss cannot be determined until all adjustments to the partnership items of the partnership for all preceding years are determined.

E. This refund is authorized as a claim based on the grounds that the Secretary has failed to make the refund herein claimed for the overpayment attributable to the adjustments to partnership items and affected items resulting from the above referenced FPAA. The increase in the basis in the partnership interest resulting in this refund claim is an adjustment to an affected item resulting from the FPAA. In the alternative, it is a timely claim under §6402, or a timely request for an administrative adjustment based on changes to the partnership's 1995 partnership items resulting from the FPAA.

F. During the time period from April 15, 1996 until interest is paid on any deficiency resulting from the prior year partnership item adjustments, interest on this refund should be paid at the same deficiency rate prescribed under §6621 that applies to the significantly greater tax deficiency resulting from the settlement. In the alternative, the 1995 overpayment should be applied as of April 15, 1996 directly against any tax deficiency resulting from the FPAA.

10. Over six (6) months have elapsed since Rossman filed the original claim for refund. No action on the claim for refund has been taken by Congress or any agency of the United States, other than the notice of disallowance described above, or in any judicial proceeding, including any in the Tax Court of the United States.

11. Rossman is the sole owner of the claim asserted herein against the Defendant and has made no assignment of said claim.

WHEREFORE, Plaintiff Neil Rossman prays for judgment against the Defendant the United States of America in the amount of $27,999.00, plus interest, attorneys' fees, and costs allowed by law, and for such other and further relief as the Court may deem appropriate.

Respectfully,

Thomas E. Redding

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

**REDDING & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
2914 West T.C. Jester
Houston, Texas 77018-7010
Telephone: (713) 965-9244 • Telecopier: (713) 621-5227

Thomas E. Redding, J.D.
Sallie W. Gladney, J.D.

Teresa J. Womack, J.D.
Brett A. Thompson, J.D., C.P.A.

October 17, 2003

**PRIORITY CERTIFIED MAIL**
**# 7178 6588 8632 0000 2946**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Andover, Massachusetts 05501

Re: Neil Rossman (SSN [redacted]-9524)
Form 1040X, Amended U.S. Individual Income Tax Return, for 1995

Dear Sirs:

Enclosed is the above refund claim to be filed for the above client.

**The claim is based on a Tax Court decision under I.R.C. §6226, and is timely filed under I.R.C. §6230 within two (2) years of the date of that decision. Furthermore, it is in substitution and replacement of a protective claim originally filed in 1999 which has never been acted upon.**

Please expedite the processing of this claim and apply it as a direct offset to the taxpayer's 1986 tax deficiency, as the legislative history to I.R.C. §6621(d) advises the IRS to try to do where practicable.

Very truly yours,

REDDING & ASSOCIATES, P.C.

Thomas E. Redding

TER:js
Enclosures - Form 1040X (1)
Form 8822
Power of Attorney

FILE

\\Raserver\share1\DOCS\CORRESP.Q\QSRL5053.RO2

**SENDER:**
- Complete items 1,2 and 3.
- Indicate if restricted delivery is desired.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following service (for an extra fee):

☐ **Restricted Delivery**

Consult postmaster for fee.

1. Article Addressed to:

**Internal Revenue Service**

**Andover, MA 05501**

2. Article Number

7178 6588 8632 0000 2946

3. Service Type ☒ **CERTIFIED**

Date of Delivery

Received By: (Print Name)

Signature - (Addressee or Agent)

Enter delivery address if different than item 1.

PS Form 3811 8:55 PM 10/16/2003 Code: File: rossman (1995)

**DOMESTIC RETURN RECEIPT**

---

7178 6588 8632 0000 2946

| RETURN RECEIPT SERVICE | | | POSTMARK OR DATE |
|---|---|---|---|
| | POSTAGE | $3.85 | OCT 1 [illegible] |
| | RESTRICTED DELIVERY FEE | $0.00 | |
| | CERTIFIED FEE | $2.30 | |
| | RETURN RECEIPT FEE | $1.75 | |
| | TOTAL POSTAGE AND FEE | $7.90 | |

**SENT TO:** 10/16/2003 Code:
8:55 PM File: rossman (1995)

**Internal Revenue Service**

**Andover, MA 05501**

**PS FORM 3800**

UNITED STATES POSTAL SERVICE

**RECEIPT FOR CERTIFIED MAIL**
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(SEE OTHER SIDE)

Form 2848 (Rev. December 1997) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** **Power of Attorney** (Please type or print.)

**1 Taxpayer Information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Neil Rossman [redacted] | [redacted]9524 | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Thomas E. Redding<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address [X] Telephone No. [ ] |
| Sallie W. Gladney<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address [X] Telephone No. [ ] |
| | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address [ ] Telephone No. [ ] |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1040 | Tax Periods Ending: December 31, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997 and 1998. |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for **Line 4 — Specific uses not recorded on CAF.**) . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for **Line 5 — Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: This power includes but is not limited to authorization to exercise the taxpayer's rights under I.R.C. Section 6103(e)(1)(C) relative to Forms 1065 for partnerships in which the taxpayer(s) was a partner.

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here NR and list the name of that representative below.

Name of representative to receive refund check(s) ▶ Thomas E. Redding

**For Paperwork Reduction and Privacy Act Notice, see the separate instructions.** Form **2848** (Rev. 12-97)

ISA
STF FED4675F.1

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] 9/13/99

Signature — Date — Title (if applicable)

Neil Rossman

Print Name

Signature — Date — Title (if applicable)

Print Name

**Part II Declaration of Representative**

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  - a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
  - b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  - c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  - d Officer — a bona fide officer of the taxpayer's organization.
  - e Full-Time Employee — a full-time employee of the taxpayer.
  - f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  - g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  - h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a - h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| A | Texas | [signature] Thomas E. Redding | 8/28/99 |
| A | Texas | [signature] Sallie W. Gladney | SEP 17 1999 |
| | | | |

Form **1040X** (Rev. November 2002)

Department of the Treasury — Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0091

**This return is for calendar year ▶** 1995 **, or fiscal year ended ▶**

Please print or type

| | | |
|---|---|---|
| Your first name and initial: NEIL | Last name: ROSSMAN | Your social security number: [redacted]9524 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: [redacted] | Apt. no. | Phone number |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. [redacted] | | For Paperwork Reduction Act Notice, see page 6. |

**A** If the name or address shown above is different from that shown on the original return, check here ▶ ☐

**B** Has the original return been changed or audited by the IRS or have you been notified that it will be? ☐ Yes ☒ No

**C** Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☒ Single ☐ Married filing jointly ☐ Married filing separately ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☒ Single ☐ Married filing jointly ☐ Married filing separately ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

Use Part II on the back to explain any changes

| Income and Deductions (see pages 2 - 6) | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 238,449 | (88,409) | 150,040 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 92,826 | 7,862 | 100,688 |
| 3 Subtract line 2 from line 1 | 3 | 145,623 | (96,271) | 49,352 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 1,650 | 3,600 | 5,250 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 143,973 | (99,871) | 44,102 |
| **Tax Liability** 6 Tax (see page 4). Method used in col. C Tax Table | 6 | 38,805 | (29,485) | 9,320 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 38,805 | (29,485) | 9,320 |
| 9 Other taxes (see page 4) | 9 | 4,840 | 1,486 | 6,326 |
| 10 Total tax. Add lines 8 and 9 | 10 | 43,645 | (27,999) | 15,646 |
| **Payments** 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | 33,836 | 0 | 33,836 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |

| | | |
|---|---|---|
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | 9,809 |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | 43,645 |
| **Refund or Amount You Owe** | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | 43,645 |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | 0 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 27,999 |
| 23 Amount of line 22 you want **refunded to you** | 23 | 27,999* |
| 24 Amount of line 22 you want **applied to your** **estimated tax** 24 | | |

**Sign Here**
Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature — Date 6/1/03 ▶ Spouse's signature. If a joint return, both must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ — CPA — Date 5/12/03 — Check if self-employed ☒ — Preparer's SSN or PTIN P00097501

Firm's name (or yours if self-employed), address, and ZIP code ▶ Brett A. Thompson, CPA, 20214 Kingsland Blvd., Katy, Texas 77450 — EIN — Phone no. 713-965-9244

ISA STF FED3171F.1

***or such greater amount as is legally refundable, plus interest.*

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25 - 31.
If claiming **fewer exemptions,** complete lines 25 - 30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse. **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation | 27 | | | |
| 28 | Other dependents | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 2002 | $3,000 | $103,000 |
| 2001 | 2,900 | 99,725 |
| 2000 | 2,800 | 96,700 |
| 1999 | 2,750 | 94,975 |

31 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

No. of your children on line 31 who:
- lived with you ▶ ☐
- did not live with you due to divorce or separation (see page 5) ▶ ☐

Dependents on line 31 not entered above ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ▶ ☐

The taxpayer filed a Form 1040X in 1999 seeking a refund based on his loss on the final termination of his partnership investment. The loss claimed was $200,023. A copy of that Form 1040X is attached as Exhibit B. As a result of a Tax Court settlement with the IRS the loss amount, equal to the 1986 disallowed deductions should be reduced to $88,409. See Exhibit A. This Form 1040X is in replacement of and supercedes the prior pfiled claim and limits the loss deducted to the lesser $88,409 agreed 1986 adjustment.

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ▶ ☐

(Rev. December 1997)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I Power of Attorney** (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Neil Rossman<br>[redacted] | [redacted]9524 | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Thomas E. Redding<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address [X] Telephone No. [ ] |
| Sallie W. Gladney<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address [X] Telephone No. [ ] |
| | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address [ ] Telephone No. [ ] |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1040 | Tax Periods Ending: December 31, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997 and 1998. |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for **Line 4 — Specific uses not recorded on CAF.**) ▶ [ ]

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for **Line 5 — Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: This power includes but is not limited to authorization to exercise the taxpayer's rights under I.R.C. Section 6103(e)(1)(C) relative to Forms 1065 for partnerships in which the taxpayer(s) was a partner.

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here NR and list the name of that representative below.

Name of representative to receive refund check(s) ▶ Thomas E. Redding

**For Paperwork Reduction and Privacy Act Notice, see the separate instructions.**



ISA
STF FED4675F.1

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . . . . ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box . ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box . . . . . ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] Signature — 9/13/99 Date — Title (if applicable)

Neil Rossman
Print Name

Signature — Date — Title (if applicable)

Print Name

## Part II Declaration of Representative

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer — a bona fide officer of the taxpayer's organization.
e Full-Time Employee — a full-time employee of the taxpayer.
f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a - h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| A | Texas | [signature] Thomas E. Redding | 9/28/99 |
| A | Texas | [signature] Sallie W. Gladney | SEP 17 1999 |
| | | | |

STF FED4675F.2

Form **4549A** — Department of the Treasury - Internal Revenue Service

# Income Tax Examination Changes

Page 1 of 2

| Name and Address of Taxpayer | SS or EI Number | Return Form No: |
|---|---|---|
| NEIL & VIKKI ROSSMAN | [redacted]-9524 | 1040 |
| | Person with whom examination changes were discussed. | Name and Title: |

COPY

| | Period End 12/31/1986 | Period End | |
|---|---|---|---|
| 1. Adjustments to Income | | | |
| a. VISTA AG-REALTY PARTNERS | 88,409.00 | | |
| b. RANCHO MADERA PARTNERS | 226,413.00 | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 314,822.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 147,372.00 | | |
| 4. **Corrected Taxable Income** | 462,194.00 | | |
| Tax Method | TAX RATE | | |
| Filing Status | Joint | | |
| 5. **Tax** | 211,026.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 211,026.00 | | |
| 8. **Less Credits** a. General Business Credit | 25,725.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. **Balance** (Line 7 less total of lines 8a through 8d) | 185,301.00 | | |
| 10. Plus Other Taxes a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. **Total Corrected Tax Liability** (line 9 plus line 10a - 10d) | 185,301.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 28,169.00 | | |
| 13. Adjustments to: a. Special Fuels Credit | | | |
| b. | | | |
| c. | | | |
| 14. **Deficiency-Increase in Tax** or (Overassessment Decrease in Tax) (Line 11 less 12 adjusted by 13) | 157,132.00 | | |
| 15. Adjustments to Prepayment Credits | | | |
| 16. **Balance Due or (Overpayment)** (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 157,132.00 | | |

These are the I.R.S. final adjustments to the 1986 losses, therefore the increased basis on termination.

Terminated in 1995

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 31 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

RGS Version 3.10.02

Form CG-4549A

EXHIBIT A

Rossman 021369524

# 1040X Amended U.S. Individual Income Tax Return

Department of the Treasury — Internal Revenue Service

(Rev. November 1998) ▶ See separate instructions. OMB No. 1545-0091

This return is for calendar year ▶ 19 95 , OR fiscal year ended ▶ , 19

Please print or type

| | | |
|---|---|---|
| Your first name and initial: NEIL | Last name: ROSSMAN | Your social security number: [redacted]-9524 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (no. and street) or P.O. box if mail is not delivered to your home: [redacted] | Apt. no. | Telephone number (optional): 713-965-9244 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. [redacted] | | For Paperwork Reduction Act Notice, see page 6. |

A If the name or address shown above is different from that shown on the original return, check here ▶ [X]

B Has the original return been changed or audited by the IRS or have you been notified that it will be? [ ] Yes [X] No

C Filing status. Be sure to complete this line. **Note:** *You cannot change from joint to separate returns after the due date.*

On original return ▶ [X] Single [ ] Married filing joint return [ ] Married filing separate return [ ] Head of household [ ] Qualifying widow(er)

On this return ▶ [X] Single [ ] Married filing joint return [ ] Married filing separate return [ ] Head of household* [ ] Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

EXTRA COPY

DO NOT PROCESS

USE PART II ON THE BACK TO EXPLAIN ANY CHANGES

## Income and Deductions (see pages 2 - 5)

| | | A. Original amount or as previously adjusted (see page 2) | B. Net change — amount of increase or (decrease) — explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 | Adjusted gross income (see page 3) | 238,449 | (200,023) | 38,426 |
| 2 | Itemized deductions or standard deduction (see page 3) | | | |
| 3 | Subtract line 2 from line 1 | 238,449 | (200,023) | 38,426 |
| 4 | Exemptions. If changing, fill in Parts I and II on the back | 92,826 | 17,293 | 110,119 |
| 5 | Taxable income. Subtract line 4 from line 3 | 145,623 | (217,316) | (71,693) |
| **Tax Liability** 6 | Tax (see page 4). Method used in col. C Tax Table | 38,805 | (38,805) | 0 |
| 7 | Credits (see page 4) | | | |
| 8 | Subtract line 7 from line 6. Enter the result but not less than zero | 38,805 | (38,805) | 0 |
| 9 | Other taxes (see page 4) | 4,840 | (4,840) | |
| 10 | Total tax. Add lines 8 and 9 | 43,645 | (43,645) | 0 |
| **Payments** 11 | Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 33,836 | 0 | 33,836 |
| 12 | Estimated tax payments, including amount applied from prior year's return | | | |
| 13 | Earned income credit | | | |
| 14 | Additional child tax credit from Form 8812 | | | |
| 15 | Credits from Form 4136 or Form 2439 | | | |
| 16 | Amount paid with Form 4868, 2688, or 2350 (applications for extension of time to file) | | | |
| 17 | Amount of tax paid with original return plus additional tax paid after it was filed | | | 9,809 |
| 18 | Total payments. Add lines 11 through 17 in column C | | | 43,645 |

## Refund or Amount You Owe

| | | |
|---|---|---|
| 19 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | |
| 20 | Subtract line 19 from line 18 (see page 4) | 43,645 |
| 21 | **AMOUNT YOU OWE.** If line 10, column C, is more than line 20, enter the difference and see page 4 | 0 |
| 22 | If line 10, column C, is less than line 20, enter the difference | 43,645 |
| 23 | Amount of line 22 you want **REFUNDED TO YOU** | 43,645 ** |
| 24 | Amount of line 22 you want **APPLIED TO YOUR 19 ESTIMATED TAX** | 24 |

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature Date ▶ Spouse's signature. If a joint return, BOTH must sign. Date

**Paid Preparer's Use Only**

Preparer's signature ▶ Brett A. Thompson CPA Date 4/8/99 Check if self-employed [X] Preparer's social security no. 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

Firm's name (or yours if self-employed) and address ▶ Brett A. Thompson, CPA, 6363 Woodway, Ste. 800 Houston Tx EIN ZIP code 77057

** *or such greater amount as is legally refundable, plus interest.*

ISA STF FED3171F.1 Form **1040X** (Rev. 11-98)

EXHIBIT B

**Part I** **Exemptions.** See Form 10..., Form 1040A, or Form 1040-T instructions.

If you are **not changing your exemptions,** do not complete this part.
If claiming **more exemptions,** complete lines 25 - 31 and, if applicable, line 32.
If claiming **fewer exemptions,** complete lines 25 - 30.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse . . . **Caution:** *If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself.* | 25 | | | |
| 26 | Your dependent children who lived with you . . . | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . | 27 | | | |
| 28 | Other dependents. . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. | 30 | | | |

| Tax year | Exemption amount | But see page 3 if the amount on line 1 is over: |
|---|---|---|
| 1998 | $2,700 | $93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |
| 1995 | 2,500 | 86,025 |

31 Dependents (children and other) not claimed on original (or adjusted) return:
**Note:** *For tax year 1998, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.*

| (a) First name | Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 5) | (e) No. of months lived in your home |
|---|---|---|---|---|---|
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |

No. of your children on line 31 who:
• lived with you . . . ▶ ☐
• did not live with you due to divorce or separation (see page 5) . . . ▶ ☐
Dependents on line 31 not entered above ▶ ☐

32 For tax year 1995, if your child listed on line 31 did not live with you but is claimed as your dependent under a pre-1985 agreement, check here . . . ▶ ☐

**Part II** **Explanation of Changes to Income, Deductions, and Credits**

**Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here . . . ▶ ☐

***** *PLEASE SEE EXPLANATION ATTACHED* *****

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . ▶ ☐

**NEIL ROSSMAN**
**(SSN[redacted]-9524)**
**EXPLANATION FOR 1040X**

Vista-Ag Realty Partners was a partnership which dissolved and terminated in 1995. Pursuant to I.R.C. §6230(d)(5), the refund sought pursuant to this claim should be refunded without the necessity of filing a further claim as soon as the adjustments to the partnership items of the partnership are determined for the preceding years.

The partnership initially filed its 1995 Form 1065 and Forms K-1 reflecting that each partner was to receive no distribution upon termination of the partnership. The taxpayer(s) received nothing. See Exhibit "A" (copy of K-1).

The taxpayer(s) and the IRS are presently parties to litigation related to adjustments to partnership items pending in the United States Tax Court with respect to 1986, arising out of adjustments to partnership item determined by the IRS in a notice of final partnership administrative adjustments ("FPAA") issued on or about March 14, 1990, a copy of which is attached hereto as Exhibit "B."

As a direct consequence of the adjustments set forth in the FPAA, if sustained, there would be a substantial increase in the taxpayer's basis in the partnership interest and a resulting loss upon the dissolution and termination of the partnership, which loss is the basis of this protective claim for refund.

Basis Adjustments:

| | |
|---|---|
| 1986 losses disallowed per FPAA | $11,112,378.00 |
| Taxpayer(s)' partnership percentage interest | 1.8% |
| Taxpayer(s)' share of disallowed losses | 200,023.00 |
| Ending Basis per K-1 | -0- |
| Recomputed Basis and Loss on Dissolution | $200,023.00 |

The actual amount of the loss cannot be determined until all adjustments to the partnership items of the partnership for all preceding years are determined.

In the alternative, at a minimum the reported income from the partnership for 1995 should be reduced by the distributive share of §§447 and 481 recapture, because the FPAA disallowed deductions subsequently being recaptured under §§447 and 481 and included in the final 1995 partnership income.

C:\DOCS\CORRESP.Q\REFUND.CLM\QSTE4089.RO1

This refund is authorized as a claim based on the grounds that the Secretary has failed to make the refund herein claimed for the overpayment attributable to the adjustments to partnership items and affected items resulting from the above referenced FPAA. The increase in the basis in the partnership interest resulting in this refund claim is an adjustment to an affected item resulting from the FPAA. In the alternative, it is a timely claim under I.R.C. §6402, or a timely request for an administrative adjustment based on changes to the partnership's 1995 partnership items resulting from the FPAA.

During the time period from April 15, 1996 until interest is paid on any deficiency resulting from the prior year partnership item adjustments, interest on this refund should be paid at the same deficiency rate prescribed under I.R.C. §6621 that applies to the significantly greater tax deficiency resulting from the settlement. In the alternative, the 1995 overpayment should be applied as of April 15, 1996 directly against any tax deficiency resulting from the FPAA.

If this refund is allowed as a direct offset to the tax deficiency, payment should not be duplicated.

Exhibits: A - Copy of K-1
B - Copy of FPAA

(Form 1065)
Department of the Treasury
Internal Revenue Service

...are of Income, Credits, Deductions, Etc.
▶ See separate instructions.

OMB No. 1545-0099

**1995**

For calendar year 1995 or tax year beginning , 1995, and ending , 19

**Partner's identifying number** ▶ [redacted]-9524

Partner's name, address, and ZIP code
NEIL ROSSMAN
[redacted]

**Partnership's identifying number** ▶ 33-0194209

Partnership's name, address, and ZIP code
VISTA AG REALTY PARTNERS
52300 ENTERPRISE WAY
COACHELLA, CA 92236

A This partner is a ☐ general partner ☒ limited partner ☐ limited liability company member

B What type of entity is this partner? ▶ INDIVIDUAL

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 1.8 % |
| Loss sharing | % | 1.8 % |
| Ownership of capital | % | 1.8 % |

E IRS Center where partnership filed return: FRESNO

F Partner's share of liabilities (see instructions):
Nonrecourse . . . $
Qualified nonrecourse financing . . . $
Other . . . $

G Tax shelter registration number . . . ▶ 86316000842

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . ☐

I Check applicable boxes: (1) ☒ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065 Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 40912 | | -40912 | ( ) | 0 |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 27181 | See pages 5 and 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Sch. B, Part I, line 1 |
| | b Dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e Net long-term capital gain (loss) | 4e | -68093 | Sch. D, line 13, col. (f) or (g) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on applicable line of your return. |
| | 5 Guaranteed payments to partner | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on applicable line of your return. |
| Deductions | 8 Charitable contributions (see instructions) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See page 7 of Partner's Instructions for Schedule K-1 (Form 10 |
| | 10 Deductions related to portfolio income | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Investment Interest | 12 a Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | | See page 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 above | b(2) | | |
| Credits | 13 a Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | a(1) | | Form 8586, line 5 |
| | (2) Other than on line 13b(1) for property placed in service before 1990 | a(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | a(3) | | |
| | (4) Other than on line 13b(3) for property placed in service after 1989 | a(4) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 13b | | |
| | c Credits (other than credits shown on lines 13a and 13b) related to rental real estate activities | 13c | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | d Credits related to other rental activities | 13d | | |
| | 14 Other credits | 14 | | |

or Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 1995

**EXHIBIT "A"**

ARTNER 124

[illegible] PARTNERS 33-01942[illegible]



| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| SELF-EMPLOYMENT | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| ADJUSTMENTS AND TAX PREF. ITEMS | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 8 of Partner's Instructions for Schedule K-1 (Fm 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items | 16e | | |
| FOREIGN TAXES | 17a Type of income ▶ | | | Form 1116, check boxes |
| | b Name of foreign country or U.S. possession ▶ | | | |
| | c Total gross income from sources outside the U.S. | 17c | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach sch.) | 17d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f Reduction in taxes available for credit (att. schedule) | 17f | | Form 1116, Part III |
| | g Other foreign tax information (attach schedule) | 17g | | See instructions for Form 1116. |
| OTHER | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's instructions for Schedule K-1 (Fm 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See page 9 of Partner's Instructions for Schedule K-1 (Fm 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

**LINE 25**
**SUPPLEMENTAL INFORMATION**

THERE ARE NO DIFFERENCES BETWEEN FEDERAL AND STATE K-1 S.

RTNER 124: NEIL ROSSMAN 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

Internal Revenue Service Department of the Treasury

ORIGINAL

Date: MAR 14 1990

Name of Partnership:
VISTA AG-REALTY PARTNERS

Taxpayer Identifying Number:
33-0184299

Tax Year Ended:
November 30, 1986

TAX MATTERS PARTNER
Fred H. Behrens
One San Sebastian
Newport Beach, CA 92660

Date FPAA Mailed to Tax Matters Partner:
MAR 14 1990

Person to Contact:
Don Webb

Contact Telephone Number:
(209) 443-7568

NOTICE OF FINAL PARTNERSHIP ADMINISTRATIVE ADJUSTMENT

We have determined that there are adjustments to the partnership return as shown on the attached schedule of adjustments, Form 870-P, Agreement to Assessment and Collection of Deficiency in Tax for Partnership Adjustments. This letter is the notice of Final Partnership Administrative Adjustment (FPAA).

If you want to enter into a binding agreement to treat the partnership items consistently with the treatment of the items on the partnership return as modified by the FPAA, please sign and return the enclosed Form 870-P. Signing and returning Form 870-P constitutes a settlement offer by you. If the Commissioner accepts your offer of agreement, the treatment of the partnership items of the partnership under the agreement will be binding and will not be affected by any later judicial determination.

If you are the tax matters partner (the partnership representative who deals with IRS) and want to contest the adjustments in court, you have 90 days from the date this letter was mailed to file a petition for a readjustment of the partnership items with the United States Tax Court, the United States Claims Court, or the District Court of the United States for the district in which the partnership's principal place of business is located. During this 90-day period, no other partner may file a petition for judicial review, and the filing of a petition by the tax matters partner precludes all other actions.

If the tax matters partner has not filed a petition by the 90th day from the date the FPAA was mailed, any other partner entitled to receive this notice under section 6223 of the Internal Revenue Code (or any group of partners who together have an interest of 5 percent or more in the profits of the partnership (5-percent group)) may petition one of these courts after the 90th day, but on or before the 150th day, from the date the FPAA was mailed to the tax matters partner. Only one petition to the court is allowed. If more than one petition is filed, the first petition filed in the Tax Court will go forward. All other petitions (even those filed earlier in the Claims Court or a district court) will be dismissed. If no petition is filed in the Tax Court, the first petition filed in one of the other courts will go forward and subsequent petitions will be dismissed.

Petitions filed with the United States Tax Court must be mailed to 400 Second Street, N.W., Washington, D.C. 20217. Attach a copy of this letter to the petition. The time in which you must file a petition with the court is fixed by law and the court cannot consider your case if your petition is filed late. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

**EXHIBIT "B"** (Continued)

5045 East Butler Avenue, Stop 826-1
Fresno, CA 93888

Letter 1830(DO) (Rev. 10-89)

As a condition to filing a petition in either the appropriate District Court or the Claims Court, the partner filing the petition (including each member of a 5-percent group which files a petition) must deposit with the Internal Revenue Service, on or before the day the petition is filed, the amount by which the partner's tax liability would be increased if the treatment of partnership items on the partner's return were made consistent with the treatment of partnership items under the FPAA. If you reported partnership items the way the partnership reported them on its return, you can generally determine the amount to deposit by taking your pro-rata share of the total partnership adjustments into account in refiguring your tax.

If no readjustment petition is filed in any of the courts listed on the first page of this letter, the FPAA becomes binding and you will be billed for any additional tax that you may owe under the FPAA. You will not be permitted to contest the treatment of the partnership items of the partnership under the FPAA in any refund claim or suit. The law permits us to bill you after 150 days from the mailing date of the FPAA to the tax matters partner. However, if a petition is filed in the Tax Court, you will not be billed until the Tax Court decision is final.

If you have any questions about this matter, please write to the person whose name and address are shown on this letter. If you write, attach this letter to help identify your account. Keep the copy for your records. Also include your telephone number and the most convenient time for us to call you in case we need more information.

If you prefer, you may call the IRS contact person at the telephone number shown in the heading of this letter. If the number is outside your local calling area, there will be a long-distance charge to you.

You may call the IRS telephone number listed in your local directory. An employee there may be able to help you, but the contact person at the address shown on this letter is most familiar with your case.

Thank you for your cooperation.

Sincerely yours,

Fred T. Goldberg, Jr.
Commissioner
by

Jesse A. Cota (by MCK)

Jesse A. Cota
District Director

<u>Enclosures:</u>
Form 870-P
Copy of this letter

5045 East Butler Avenue, Stop 825-1
Fresno, CA 93888

Letter 1830(DO) (Rev. 10-89)

Form 870-P

Department of the Treasury - Internal Revenue Service

# AGREEMENT TO ASSESSMENT AND COLLECTION OF DEFICIENCY IN TAX FOR PARTNERSHIP ADJUSTMENTS

| Taxpayer(s) name(s), address, and ZIP code | Name of partnership | Tax year(s) ended |
|---|---|---|
| Vista Ag-Realty Partners<br>Tax Matters Partner<br>52300 Enterprise Way<br>Coachella, CA 92236 | Vista Ag-Realty Partners<br>Taxpayer identifying number) 33-0194209 | November 30, 1986 |
| Taxpayer Identifying Number ) 33-0194209 | Name of tax matters partner<br>Fred H. Behrens | |

Under the provisions of section 6224(c) of the Internal Revenue Code, the undersigned offers to enter into an agreement with respect to the determination of partnership items of the partnership for the year(s) shown on the attached schedule of adjustments. The undersigned in accordance with the provisions of section 6224(b) of the Code, also offers to waive the restrictions on the assessment and collection of any deficiency attributable to partnership items (with interest as provided by law) provided in section 6225(a).

This offer is subject to acceptance for the Commissioner of the Internal Revenue Service. It will take effect as a waiver of restrictions on the date it is accepted. Unless and until it is accepted, it will have no force or effect.

If this offer is accepted for the Commissioner, the treatment of partnership items under this agreement will not be reopened in the absence of fraud, malfeasance, or misrepresentation of fact; and no claim for refund or credit based on any change in the treatment of partnership items may be filed or prosecuted.

| Signature of taxpayer | Date |
|---|---|
| Signature of taxpayer | Date |
| By (Signature and title) | Date |

If this offer is executed by a tax matters partner, please include title with the signature.

NOTE: The execution and filing of this offer will expedite the adjustment of tax liability.

If this offer is executed with respect to a year for which a JOINT RETURN OF A HUSBAND AND WIFE was filed, it must be signed by both spouses, unless one spouse, acting under a power of attorney, signs as agent for the other.

If the taxpayer is a corporation, the offer must be signed with the corporate name followed by the signature and title of the officer authorized to sign.

This offer may be executed by the taxpayer's attorney or agent provided this action is specifically authorized by a power of attorney, which, if not previously filed, must accompany this form.

| FOR INTERNAL REVENUE USE ONLY | Date accepted for Commissioner | Signature |
|---|---|---|
| | Office | Title |

Department of the Treasury - Internal Revenue Service

## AGREEMENT TO ASSESSMENT AND COLLECTION OF DEFICIENCY IN TAX FOR PARTNERSHIP ADJUSTMENTS

### Schedule Of Adjustments

| Name of Partnership<br>Vista Ag-Realty Partners | Tax Year(s) Ended | | |
|---|---|---|---|
| Taxpayer Identifying Number 33-0194209 | 11-30-86 | | |
| **Detail Of Adjustments To Ordinary Income** | | | |
| Schedule F (Farm) Deductions | $10,821,461.00 | | |
| Other deductions | 290,917.00 | | |
| TOTAL ADJUSTMENTS TO ORDINARY INCOME | $11,112,378.00 | | |
| OTHER ADJUSTMENTS | | | |
| A. Tax Preference Item: Qualified Investment Expenses | | | |
| (1) Adjustment | $11,001,254.00 | | |
| (2) As Reported | 11,001,254.00 | | |
| (3) Corrected | -0- | | |
| B. | | | |
| (1) Adjustment | -0- | | |
| (2) As Reported | | | |
| (3) Corrected | | | |

REMARKS

This examination does not reflect the results of examinations of flow-through entities (Forms 1065, 1120-S) in which Vista Ag-Realty Partners (33-0194209) may have an interest.

Vista Ag-Realty Partners

EXPLANATION OF ADJUSTMENTS

It is determined that the farming expenses claimed on Schedule F in the amount of $10,821,461.00 and the Other Deductions claimed on line 22, page 1 of Form 1065 in the amount of $290,917.00 (totalling $11,112,378.00), for the taxable period ending November 30, 1986 are not allowable for the following reasons:

1. The partnership's activities constituted a series of sham transactions lacking economic substance.

2. The partnership did not actively engage in the trade or business of farming during the taxable period.

3. The partnership did not pay or incur any bona fide trade or business expenses during the taxable period, or if the partnership did pay or incur any expenses during the taxable period, it has not been established that they were ordinary and necessary trade or business expenses currently deductible under section 162 of the Internal Revenue Code (IRC) and the Regulations thereunder.

In the alternative, if the partnership activities are determined to constitute a valid trade or business, then the following alternate positions are applicable:

1. No distributive share of any losses from such activity are allowable to the partners because it has not been established that the partners were at risk in any amount for such activities at the close of the taxable year pursuant to the provisions of IRC section 465.

2. Under IRC section 704 a partner may not deduct partnership losses exceeding his adjusted basis in the partnership. The assumption agreements signed by the limited partners are not includable in their adjusted partnership basis because it has not been established that they represent the assumption of bona fide partnership liabilities as required by the provisions of IRC section 752.

***********

It is determined that the Tax Preference Item of qualified investment expenses is zero in lieu of the $11,001,254.00 as reported on the partnership tax return for the period ending November 30, 1986 since the expenses on which the tax preference item was based have been adjusted for the reasons stated above. Accordingly, tax preference items have been reduced $11,001,254.00

AS ORIGINALLY FILED

AS AMENDED

COPY

Form **1040** Department of the Treasury -- Internal Revenue Service
U.S. Individual Income Tax Return **1995** (99) IRS Use Only -- Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1995, or other tax year beginning , 1995, ending , 19 OMB No. 1545-0074

Use the IRS label. Otherwise, please print or type.

NEIL ROSSMAN

[redacted]

Your social security number: [redacted]-9524

Spouse's social security no.

Presidential Election Campaign: Do you want $3 to go to this fund? Yes / No: X
If a joint return, does your spouse want $3 to go to this fund?
Note: Checking "Yes" will not change your tax or reduce your refund.

For Privacy Act and Paperwork Reduction Act Notice, see page 7.

**Filing Status** (See page 11.) Check only one box.

1. [ ] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above & full name here. ▶
4. [X] Head of household (with qualifying person). (See page 12.) If qualifying person is a child but not your dependent, enter child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (yr. spouse died ▶ 19 ). (See page 12.)

**Exemptions** (See page 12.)

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his/her tax return, do not check box 6a. But be sure to check box on line 33b on page 2. — No. of boxes checked on 6a and 6b: 1

b [ ] Spouse

c Dependents:

| (1) First name Last name | (2) Dependent's social security number. If born in 1995, see page 13. | (3) Dependent's relationship to you | (4) No. of mo. lived in your home in 1995 |
|---|---|---|---|
| SARAH ROSSMAN | 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 | DAUGHTER | 12 |
| JOSHUA ROSSMAN | 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 | SON | 12 |

If more than six dependents, see page 13.

No. of your children on 6c who: • lived with you: 2; • didn't live with you due to divorce or separation (see page 14); Dependents on 6c not entered above

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]

e Total number of exemptions claimed — Add numbers entered on lines above ▶ 3

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here. If you did not get a W-2, see page 14. Enclose, but do not attach, your payment and payment voucher. See page 33.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 263,185 |
| 8a | Taxable interest income (see page 15). Attach Schedule B if over $400 | 8a | 2,764 |
| b | Tax-exempt interest (see pg. 15). DON'T include on line 8a — 8b | | |
| 9 | Dividend income. Attach Schedule B if over $400 | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 15) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). If required, attach Schedule D (see page 16) | 13 | (3,000) |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions — 15a; b Taxable amount (see pg. 16) | 15b | |
| 16a | Total pensions and annuities — 16a; b Taxable amount (see pg. 16) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 27,181 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation (see page 17) | 19 | |
| 20a | Social security benefits — 20a; b Taxable amount (see pg. 18) | 20b | |
| 21 | Other income. W-2 INCOME RET'D TO EMPLOYER | 21 | (28,656) |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income. ▶ | 22 | ~~261,474~~ |

Loss on Partnership Termination (88,409)

**Adjustments to Income**

| Line | Description | | Amount |
|---|---|---|---|
| 23a | Your IRA deduction (see page 19) | 23a | |
| b | Spouse's IRA deduction (see page 19) | 23b | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | 24 | |
| 25 | One-half of self-employment tax | 25 | |
| 26 | Self-employed health insurance deduction (see page 21) | 26 | |
| 27 | Keogh & self-employed SEP plans. If SEP, check ▶ [ ] | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ 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 | 29 | 23,025 |
| 30 | Add lines 23a through 29. These are your total adjustments ▶ | 30 | 23,025 |
| 31 | Subtract line 30 from line 22. This is your adjusted gross income ▶ | 31 | 238,449 |

238,449
150,040

Adj. Gr. Income

CAA 104012 NTF 1805 RO69524

AS ORIGINALLY FILED

AS AMENDED

NEIL ROSSMAN

Form 1040 (1995) [redacted]-9524

Page 2

| Section | Line | Description | Line box | Amount (as originally filed) | As amended |
|---|---|---|---|---|---|
| Tax Computation (See page 23.) | 32 | Amount from line 31 (adjusted gross income) | 32 | 238,449 | 150,040 |
| | 33a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | | |
| | c | If you are married filing separately and your spouse itemizes deductions or you are a dual-status alien, see page 23 and check here ▶ 33c ☐ | | | |
| | 34 | Enter the larger of your: Itemized deductions from Schedule A, line 28, OR Standard deduction shown below for your filing status. But if you checked any box on line 33a or b, go to page 23 to find your standard deduction. If you checked box 33c, your standard deduction is zero. • Single -- $3,900 • Married filing jointly or Qualifying widow(er) -- $6,550 • Head of household -- $5,750 • Married filing separately -- $3,275 | 34 | 92,826 | <100,688> |
| | 35 | Subtract line 34 from line 32 | 35 | 145,623 | 49,352 |
| | 36 | If line 32 is $86,025 or less, multiply $2,500 by the total number of exemptions claimed on line 6e. If line 32 is over $86,025, see the worksheet on page 23 for the amount to enter | 36 | 1,650 | < 5,250 ) |
| If you want the IRS to figure your tax, see page 35. | 37 | Taxable income. Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | 37 | 143,973 | 44,102 |
| | 38 | Tax. Check if from: a ☐ Tax Table, b ☒ Tax Rate Schedules, c ☐ Capital Gain Tax Worksheet, or d ☐ Form 8615 (see pg. 24). Amount from Form(s) 8814 ▶ e | 38 | 38,805 | 9,320 |
| | 39 | Additional taxes. Check if from a ☐ Form 4970 b ☐ Form 4972 | 39 | | |
| | 40 | Add lines 38 and 39 ▶ | 40 | 38,805 | |
| Credits (See page 24.) | 41 | Credit for child & dependent care exp. Attach Form 2441 — 41 | | | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R — 42 | | | |
| | 43 | Foreign tax credit. Attach Form 1116 — 43 | | | |
| | 44 | Other credits (see page 25). Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form — 44 | | | |
| | 45 | Add lines 41 through 44 | 45 | | |
| | 46 | Subtract line 45 from line 40. If line 45 is more than line 40, enter -0- ▶ | 46 | 38,805 | |
| Other Taxes (See page 25.) | 47 | Self-employment tax. Attach Schedule SE | 47 | | |
| | 48 | Alternative minimum tax. Attach Form 6251 | 48 | 4,840 | 6,326 |
| | 49 | Recapture taxes. Check if from a ☐ Form 4255 b ☐ Form 8611 c ☐ Form 8828 | 49 | | |
| | 50 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 50 | | |
| | 51 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | 51 | | |
| | 52 | Advance earned income credit payments from Form W-2 | 52 | | |
| | 53 | Household employment taxes. Attach Schedule H | 53 | | |
| | 54 | Add lines 46 through 53. This is your total tax ▶ | 54 | 43,645 | 15,646 |
| Payments (Attach Forms W-2, W-2G, and 1099-R on page 1.) | 55 | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☒ — 55: 33,836 | | | |
| | 56 | 1995 estimated tax payments & amt. applied from 1994 return — 56 | | | |
| | 57 | Earned income credit. Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amt. ▶ and type ▶ — 57 | | | |
| | 58 | Amount paid with Form 4868 (extension request) — 58 | | | |
| | 59 | Excess social security and RRTA tax withheld (see page 32) — 59 | | | |
| | 60 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 — 60 | | | |
| | 61 | Add lines 55 through 60. These are your total payments ▶ | 61 | 33,836 | |
| Refund or Amount You Owe | 62 | If line 61 is more than line 54, subtract line 54 from line 61. This is the amount you OVERPAID | 62 | | |
| | 63 | Amount of line 62 you want REFUNDED TO YOU ▶ | 63 | | |
| | 64 | Amount of line 62 you want APPLIED TO 1996 EST. TAX ▶ 64 | | | |
| | 65 | If line 54 is more than line 61, subtract line 61 from line 54. This is the AMOUNT YOU OWE. For details on how to pay and use Form 1040-V, Payment Voucher, see page 33 ▶ | 65 | 10,139 | |
| | 66 | Estimated tax penalty (see page 33). Also include on line 65 — 66: 330 | | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

Your signature — Date — Your occupation: ATTORNEY

Spouse's signature. If a joint return, BOTH must sign. — Date — Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature — Date: 4/9/96 — Check if self-employed ☐ — Preparer's social security no.: 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

Firm's name (or yours if self-employed) and address: CARY, JOHNSON & O'CONNOR, P.C., 50 TREMONT STREET, MELROSE, MA — EIN: 04-3297156 — ZIP code: 02176

CAA 104012 . NTF 1379 2450182

AS ORIGINALLY FILED

AS AMENDED

**SCHEDULE A (Form 1040)** — **Schedule A — Itemized Deductions** — OMB No. 1545-0074 — **1995**

Department of Treasury Internal Rev. Service (99) ▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040). Attachment Sequence No. 07

Name(s) shown on Form 1040: NEIL ROSSMAN — Your social security no. [redacted]9524

| Section | Line | Description | Box | Amount | Box | Total | Amended (handwritten) |
|---|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by | | | | | |
| | 1 | Medical and dental expenses (handwritten: 150,040) | 1 | 16,463 | | | |
| | 2 | Enter amount from Form 1040, line 32 .. 2 ~~238,449~~ | | | | | |
| | 3 | Multiply line 2 above by 7.5% (.076) (handwritten: 11,253) | | ~~17,884~~ | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | ~~0~~ | 5,210 |
| Taxes You Paid (See page A-1.) | 5 | State and local income taxes | | 19,535 | | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 19,501 | | | |
| | 7 | Personal property taxes | 7 | 2,846 | | | |
| | 8 | Other taxes ▶ | 8 | | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 41,882 | |
| Interest You Paid (See page A-2.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 50,662 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to seller, show that person's name, ID no., & address ▶ | 11 | | | | |
| Note: Personal interest is not deductible. | 12 | Points not reported to you on Frm 1098. See pg. A-3 for special rules | 12 | 200 | | | |
| | 13 | Investment interest. If required, attach Form 4952. (See page A-3.) | 13 | 1,749 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 52,611 | 96,538 |
| Gifts to Charity | 15 | Gifts by cash or check | 15 | 2,045 | | | |
| If you made a gift and got a benefit for it, see page A-3. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. If over $500, you MUST attach Form 8283 | 16 | | | | |
| | 17 | Carryover from prior year | 17 | | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 2,045 | |
| Casualty, Theft | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | 19 | 0 | |
| Job Expenses and Most Other Miscellaneous Deductions | 20 | Unreimbursed empl. exp. If required, you MUST attach Form 2106 or 2106-EZ. ▶ | 20 | | | | |
| | 21 | Tax preparation fees | 21 | | | | |
| | 22 | Other expenses ▶ | 22 | | | | 101,748 |
| (See page A-5 for expenses to deduct here.) | 23 | Add lines 20 through 22 | 23 | | | | |
| | 24 | Enter amount from Form 1040, line 32 .. 24 | | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0 | Limit ⟨1,060⟩ |
| Other Miscellaneous Deductions | 27 | Other -- from list on page A-5. List type and amount ▶ | | | 27 | 0 | 100,688 |
| Total Itemized Deductions | 28 | Is Form 1040, line 32, over $114,700 (over $57,350 if married filing separately)? NO. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 34, the larger of this amount or your standard deduction. (YES circled) YES. Your deduction may be limited. See page A-5 for the amount to enter. ▶ | | | 28 | 92,826 | |

AS AMENDED

**Itemized Deductions Worksheet—Line 28**
(keep for your records)

1995

| | | | |
|---|---|---|---|
| **1.** Add the amounts on Schedule A, lines 4, 9, 14, 18, 19, 26, and 27 | | | **1.** 101,748 |
| **2.** Add the amounts on Schedule A, lines 4, 13, and 19, plus any gambling losses included on line 27 . 5210, 1,749 . . . | | | **2.** 6,959 |
| **Caution:** *Be sure your total gambling losses are clearly identified on the dotted line next to line 27.* | | | |
| **3.** Subtract line 2 from line 1. If the result is zero, **stop here;** enter the amount from line 1 above on Schedule A, line 28, and see the **Note** below . . . . . . . . . . . . . . . . | | | **3.** 94,789 |
| **4.** Multiply line 3 above by 80% (.80) . . . | **4.** | 75,831 | |
| **5.** Enter the amount from Form 1040, line 32 | **5.** | 150,040 | |
| **6.** Enter $114,700 ($57,350 if married filing separately) . . . . . . . . . . . . | **6.** | 114,700 | |
| **7.** Subtract line 6 from line 5. If the result is zero or less, **stop here;** enter the amount from line 1 above on Schedule A, line 28, and see the **Note** below . . . . . . . . . . | **7.** | 35,340 | |
| **8.** Multiply line 7 above by 3% (.03) . . . | **8.** | 1,060 | |
| **9.** Enter the **smaller** of line 4 or line 8 . . . . . . . . . . | | | **9.** 1,060 |
| **10. Total itemized deductions.** Subtract line 9 from line 1. Enter the result here and on Schedule A, line 28, and see the **Note** below . . . . . . . . . . . . . . . . . . . . | | | **10.** 100,688 |

**Note:** *Also enter on Form 1040, line 34, the* ***larger*** *of the amount you enter on Schedule A, line 28, or your standard deduction.*

AS AMENDED

**Deduction for Exemptions Worksheet—Line 36** 1995
(keep for your records)

Is the amount on Form 1040, line 32, more than the amount shown on line 3 below for your filing status?

**No.** Stop. Multiply $2,500 by the total number of exemptions claimed on Form 1040, line 6e, and enter the result on line 36.

**Yes.** Complete the worksheet below to figure your deduction for exemptions.

| | | | |
|---|---|---|---|
| **1.** Multiply $2,500 by the total number of exemptions claimed on Form 1040, line 6e | | **1.** | 7,500 |
| **2.** Enter the amount from Form 1040, line 32 | **2.** 150,040 | | |
| **3.** Enter the amount shown below for your filing status:<br>• Married filing separately, enter $86,025<br>• Single, enter $114,700<br>• Head of household, enter $143,350<br>• Married filing jointly or Qualifying widow(er), enter $172,050 | **3.** <114,700> | | |
| **4.** Subtract line 3 from line 2. If zero or less, **stop here;** enter the amount from line 1 above on Form 1040, line 36<br>**Note:** *If line 4 is more than $122,500 (more than $61,250 if married filing separately),* ***stop here;*** *you* ***cannot*** *take a deduction for exemptions. Enter -0- on Form 1040, line 36.* | **4.** 35,340 | | |
| **5.** Divide line 4 by $2,500 ($1,250 if married filing separately). If the result is not a whole number, round it up to the next higher whole number (for example, round 0.0004 to 1) | **5.** 15 | | |
| **6.** Multiply line 5 by 2% (.02) and enter the result as a decimal amount | **6.** .30 | | |
| **7.** Multiply line 1 by line 6 | | **7.** | 2,250 |
| **8. Deduction for exemptions.** Subtract line 7 from line 1. Enter the result here and on Form 1040, line 36 | | **8.** | 5,250 |

AS ORIGINALLY FILED

AS AMENDED

Form **6251** — Dept. of the Treasury Internal Rev. Service

## Alternative Minimum Tax — Individuals

► See separate instructions.

► Attach to Form 1040, Form 1040NR, or Form 1040-T.

OMB No. 1545-0227 — **1995** — Attachment Sequence No. **32**

Name(s) shown on Form 1040: NEIL ROSSMAN — Your social security no. [redacted]-9524

### Part I Adjustments and Preferences

| Line | Description | As originally filed | As amended |
|---|---|---|---|
| 1 | If you itemized deductions on Schedule A (Form 1040) (or you entered the amount from Form 1040-T, Section B, line t, on Form 1040-T, line 20), go to line 2. Otherwise, enter your standard deduction from Form 1040, line 34 (or Form 1040-T, line 20), and go to line 6 ... 5210 .025x 150040 = 3751 | | |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2 1/2% of Form 1040, line 32 (Form 1040-T filers, enter the smaller of Section B, line c or 2 1/2% of Form 1040-T, line 16) | | 3,751 |
| 3 | Taxes. Enter the amount from Schedule A (Form 1040), line 9 (or total of lines d – g of Form 1040-T, Sec. B) | 41,882 | 41,882 |
| 4 | Certain interest on a home mortgage not used to buy, build, or improve your home | | |
| 5 | Miscellaneous itemized deductions. Enter the amount from Schedule A (Form 1040), line 26 (or Form 1040-T, Section B, line r) | | |
| 6 | Refund of taxes. Enter any tax refund from Form 1040, line 10 or line 21 (or From 1040-T, line 4 or line 9) | ( ) | |
| 7 | Investment interest. Enter difference between regular tax and AMT deduction | | |
| 8 | Post-1986 depreciation. Enter difference between regular tax and AMT depreciation | | |
| 9 | Adjusted gain or loss. Enter difference between AMT and regular tax gain or loss | | |
| 10 | Incentive stock options. Enter excess of AMT income over regular tax income | | |
| 11 | Passive activities. Enter difference between AMT and regular tax income or loss | | |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (Form 1041), line 8 | | |
| 13 | Tax-exempt interest from private activity bonds issued after 8/7/86 | | |
| 14 | Other. Enter the amount, if any, for each item and enter the total on line 14. a Charitable contributions; b Circulation expenditures; c Depletion; d Depreciation (pre-1987); e Installment sales; f Intangible drilling costs; g Long-term contracts; h Loss limitations; i Mining costs; j Patron's adjustment; k Pollution control facilities; l Research & experimental; m Tax shelter farm activities; n Related adjustments | | |
| 15 | Total Adjustments and Preferences. Combine lines 1 through 14 ► | 41,882 | |

### Part II Alternative Minimum Taxable Income

| Line | Description | As originally filed | As amended |
|---|---|---|---|
| 16 | Enter the amount from Form 1040, line 35 (or Form 1040-T, line 21). If less than zero, enter as a (loss) ► | 145,623 | 49,352 |
| 17 | Net operating loss deduction, if any, from Form 1040, line 21. Enter as a positive amount | | |
| 18 | If Form 1040, line 32 (or Form 1040-T, line 16), is over $114,700 (over $57,350 if married filing separately), and you itemized deductions, enter the amount, if any, from line 9 of the worksheet for Schedule A (Form 1040), line 26 (or line 9 of the worksheet for Section B, line t, of Form 1040-T) | ( 3,712 ) | <1,060> |
| 19 | Combine lines 15 through 18 ► | 183,793 | |
| 20 | Alternative tax net operating loss deduction. See page 5 of the instructions | | |
| 21 | Alternative Minimum Taxable Income. Subtract line 20 from line 19. (If married filing separately and line 21 is more than $165,000, see page 5 of the instructions.) ► | 183,793 | 93,925 |

### Part III Exemption Amount and Alternative Minimum Tax

22 **Exemption Amount.** (If this form is for a child under age 14, see page 6 of the instructions.)

| If your filing status is: | And line 21 is not over: | Enter on line 22: |
|---|---|---|
| Single or head of household | $112,500 | $33,750 |
| Married filing jointly or qualifying widow(er) | 150,000 | 45,000 |
| Married filing separately | 75,000 | 22,500 |

If line 21 is over the amount shown above for your filing status, see page 6 of the instructions.

| Line | Description | As originally filed | As amended |
|---|---|---|---|
| 22 | Exemption Amount | 15,927 | <33,750> |
| 23 | Subtract line 22 from line 21. If zero or less, enter -0- here and on lines 26 and 28 ► | 167,866 | 60,175 |
| 24 | If line 23 is $175,000 or less ($87,500 or less if married filing separately), multiply line 23 by 26% (.26). Otherwise, multiply line 23 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 43,645 | 15,646 |
| 25 | Alternative minimum tax foreign tax credit. See page 6 of the instructions | | |
| 26 | Tentative minimum tax. Subtract line 25 from line 24 ► | 43,645 | |
| 27 | Enter your tax from Form 1040, line 38 (plus any amt. from Form 4970 included on Form 1040, line 39), minus any foreign tax credit from Form 1040, line 43 (Form 1040-T filers, enter amt. from Form 1040-T, line 26) | 38,805 | 9,320 |
| 28 | **Alternative Minimum Tax.** (If this form is for a child under age 14, see page 7 of the instructions.) Subtract line 27 from line 26. If zero or less, enter -0-. Enter here & on Form 1040, line 45 (or Form 1040-T, line 31) ► | 4,840 | 6,326 |

**For Paperwork Reduction Act Notice, see separate instructions.** CAA 62511 NTF 1453 Form **6251** (1995)

AS ORIGINALLY FILED

Form **8582** — **Passive Activity Loss Limitations** — OMB No. 1545-1008 — **1995**

Department of Treasury Internal Rev. Service

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.

Attachment Sequence No. 88

Name(s) shown on return: NEIL ROSSMAN

Identifying number: [redacted]-9524

## Part I 1995 Passive Activity Loss

**Caution:** See the instructions for Worksheets 1 and 2 on page 8 before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** on page 4 of the instructions.)

| | | | | |
|---|---|---|---|---|
| 1a Activities with net income (from Worksheet 1, column (a)) | 1a | | | |
| b Activities with net loss (from Worksheet 1, column (b)) | 1b | ( 788) | | |
| c Prior year unallowed losses (from Worksheet 1, column (c)) | 1c | ( 0) | | |
| d Combine lines 1a, 1b, and 1c | | | 1d | ( 788) |

**All Other Passive Activities**

| | | | | |
|---|---|---|---|---|
| 2a Activities with net income (from Worksheet 2, column (a)) | 2a | | | |
| b Activities with net loss (from Worksheet 2, column (b)) | 2b | ( 1,488) | | |
| c Prior year unallowed losses (from Worksheet 2, column (c)) | 2c | ( ) | | |
| d Combine lines 2a, 2b, and 2c | | | 2d | ( 1,488) |
| 3 Combine lines 1d and 2d. If the result is net income or zero, see the instructions for line 3 on page 8. If this line and line 1d are losses, go to line 4. Otherwise, enter -0- on line 9 and go to line 10 | | | 3 | ( 2,276) |

## Part II Special Allowance for Rental Real Estate With Active Participation

**Note:** Enter all numbers in Part II as positive amounts. See page 8 of the instructions for examples.

| | | | | |
|---|---|---|---|---|
| 4 Enter the **smaller** of the loss on line 1d or the loss on line 3 | | | 4 | 788 |
| 5 Enter $150,000. If married filing separately, see page 8 of the instructions | 5 | 150,000 | | |
| 6 Enter modified adjusted gross income, but not less than zero (see page 8 of the instructions) | 6 | 238,449 | | |
| **Note:** If line 6 is equal to or greater than line 5, skip lines 7 and 8, enter -0- on line 9, and then go to line 10. Otherwise, go to line 7. | | | | |
| 7 Subtract line 6 from line 5 | 7 | | | |
| 8 Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see page 9 of the instructions | | | 8 | |
| 9 Enter the **smaller** of line 4 or line 8 | | | 9 | 0 |

## Part III Total Losses Allowed

| | | |
|---|---|---|
| 10 Add the income, if any, on lines 1a and 2a and enter the total | 10 | 0 |
| 11 **Total losses allowed from all passive activities for 1995.** Add lines 9 and 10. See pages 10 and 11 of the instructions to find out how to report the losses on your tax return | 11 | 0 |

**For Paperwork Reduction Act Notice, see separate instructions.** Form **8582** (1995)

CAA 85821 NTF 1718

Copyright Forms Software Only, 1995 Nelco, Inc. N6585821

Form **843** (Rev. January 1997) Department of the Treasury Internal Revenue Service

(Interest not applied to the underpayment)

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for —*

- *An overpayment of income taxes;*
- *A refund of fuel taxes;*
- *An overpayment of excise taxes reported on Form 720, 730, or 2290 (see* **General Instructions**).

Please type or print

Name of claimant: NEIL ROSSMAN

Your social security number:

Address (number, street, and room or suite no.): c/o Thomas E. Redding; 2914 West T. C. Jester

**POA ATTACHED, FORM 2848**

Spouse's social security number:

City or town, state, and ZIP code: Houston, Texas 77018-7010

****ADDRESS FOR THIS MATTER ONLY****

Employer identification number:

Name and address shown on return if different from above:
455 Puritan Road
Swampscott, MA 01907

Daytime telephone number: 713-965-9244

1 Period — prepare a separate Form 843 for each tax period
From *Blank pursuant to Rev Proc 99-43 5.04(1)* 19

2 Amount to be refunded or abated
$ *Blank pursuant to Rev Proc 99-43 5.04(2)*

3a Type of tax, penalty, or addition to tax:
☐ Employment ☐ Estate ☐ Gift ☐ Excise (unless reported on Form 720, 730, or 2290 — see instructions.)
☐ Penalty — IRC section ▶

b Type of return filed (see instructions):
☐ 706 ☐ 709 ☐ 940 ☐ 941 ☐ 943 ☐ 945 ☐ 990-PF ☐ 4720 ☒ Other (specify) 1040

4a Request for abatement or refund of:
☒ Interest caused by IRS errors or delays (if applicable — see instructions).
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶ *Blank pursuant to Rev Proc 99-43 5.04(4) Please See Attachments*

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax.

This Request is protective only and, if possible, the refund should be applied directly to the 1986 liability when and if timely assessed. This form is filed as the taxpayer's protective request for application of the net interest rate of zero, pursuant to IRC §6621(d), to interest accruing before October 1, 1998. The understatement period is 1986. The overstatement periods are 1990, 1991, 1992 and 1993. The underpayment has not yet been paid.

The taxpayer has received the following refunds: NONE.

The period(s) for which the Taxpayer's overpayment and underpayment overlap are April 15, 1991 to date of payment of the underpayment. To the extent of equivalent amounts of underpayment and overpayment for the periods identified above, the periods have been used only once in a request to obtain the net interest rate of zero under IRC §6621(d).

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date 6/1/03

Signature Date

**For Paperwork Reduction Act Notice, see separate instructions.** Form **843** (Rev. 1-97)

ISA
STF FED1524F

**FILE**

(Rev. December 1997)
Department of the Treasury
Internal Revenue Service

# and Declaration of Representative

▶ See the separate instructions.

| For IRS Use Only |
|---|
| Received by: |
| Name |
| Telephone |
| Function |
| Date |

## Part I Power of Attorney (Please type or print.)

**1 Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Neil Rossman [redacted] | [redacted]-9524 | |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Thomas E. Redding<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address [X] Telephone No. [ ] |
| Sallie W. Gladney<br>P.O. Box 924328<br>Houston, Texas 77292-4328 | CAF No.<br>Telephone No. (713) 965-9244<br>Fax No. (713) 621-5227<br>Check if new: Address [X] Telephone No. [ ] |
| | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address [ ] Telephone No. [ ] |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Income | 1040 | Tax Periods Ending: December 31, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997 and 1998. |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See Instruction for **Line 4 — Specific uses not recorded on CAF.**) . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for **Line 5 — Acts authorized**).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: This power includes but is not limited to authorization to exercise the taxpayer's rights under I.R.C. Section 6103(e)(1)(C) relative to Forms 1065 for partnerships in which the taxpayer(s) was a partner.

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here NW and list the name of that representative below.

Name of representative to receive refund check(s) ▶ Thomas E. Redding

**For Paperwork Reduction and Privacy Act Notice, see the separate instructions.**

Form **2848** (Rev. 12-97)

ISA
STF FED4676F.1

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . . . . ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box . ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box . . . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] Signature — 9/13/99 Date — Title (if applicable)

Neil Rossman
Print Name

Signature — Date — Title (if applicable)

Print Name

**Part II Declaration of Representative**

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer — a bona fide officer of the taxpayer's organization.
e Full-Time Employee — a full-time employee of the taxpayer.
f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a - h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| A | Texas | [signature] Thomas E. Redding | 9/28/99 |
| A | Texas | [signature] Sallie W. Gladney | SEP 17 1999 |
| | | | |

STF FED4675F.2